IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lyles, et al., | NO. C 05-04042 JW |
| Plaintiffs, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| County of Monterey, et al., | |
| Defendants. | |

On February 13, 2006, the Court held a case management conference in the above case. At the conference, Defendants' counsel represented to the Court that the engineers are within two days of resolving their technical disputes. Accordingly, the parties are ordered to appear for a further case management conference on February 27, 2006 at 10:00 a.m. In the time between the date of this Order and the further case management conference, the parties are directed to have their relevant engineers meet and confer on the technical disputes regarding Plaintiffs' wall. The meetings ordered by this Court shall be without prejudice to the rights of either party.

Dated: February 13, 2006            /s/ James Ware
05eciv4042setcmc                    JAMES WARE
                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald V Barron gbarron@lozanosmith.com
Irven Grant granti@co.monterey.ca.us
Patrick McGreal mcgrealp@co.monterey.ca.us

**Dated: February 13, 2006**                                **Richard W. Wieking, Clerk**

                                                            **By:_/s/ JW Chambers_____**
                                                            **Melissa Peralta**
                                                            **Courtroom Deputy**