CHARLES J. McKEE  #152458
County Counsel
IRVEN L. GRANT  #068950
Deputy County Counsel
PATRICK McGREAL  #118555
Deputy County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, California  93901-2680
granti@co.monterey.ca.us
mcgrealp@co.monterey.ca.us
Telephone:  (831) 755-5045
Facsimile:   (831) 755-5283

Attorneys for Defendants
    County of Monterey, Sally Reed,
    Scott Hennessy, Alana Knaster,
    Brian Washko, Michael Rhoades and
    Jeff Main.

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERA W. LYLES, et al., | Case No. C 05-04042 RS |
| Plaintiffs, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO MARCH 13, 2006 |
| v. | |
| COUNTY OF MONTEREY, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between all parties in the above entitled action, by their respective counsel, that the Case Management Conference now set for February 27, 2006 shall be continued to March 13, 2006 at 10:00 am to accommodate the schedules of the Parties' engineers and permit them to meet and agree on a joint set of recommendations for the issuance of an emergency coastal building permit to Plaintiffs.

/ / /

/ / /

/ / /

```
 1  DATED: February 23, 2006              LOZANO SMITH

 2
 3
 4                                        _____
                                          GERALD V. BARRON
 5                                        Attorneys for Plaintiffs

 6
 7  DATED: 2/24, 2006                     CHARLES J. McKEE
                                          County Counsel
 8
 9
10                                        _____
                                          IRVEN L. GRANT
11                                        Deputy County Counsel,
                                          Attorneys for Defendants
12
13
14
15
16
17
18
19
20
21
22
    F:\WPWIN60\TXT\LIT\400\Lyles 2- Federal\stip continue CMC.wpd
23
24
25
26
```

*Wagner v. County of Monterey, et al*                    Court Case No.:  C05-2863 JSW
NOTICE OF MOTION AND MOTION TO DISMISS WITH PREJUDICE

2