

Gerald V. Barron 53118
LOZANO SMITH
4 Lower Ragsdale Drive, Suite 200
Monterey, CA 93940-5758
Telephone: (831) 646-1501
Facsimile: (831) 646-1801

Attorneys for Plaintiffs
VALERA W. LYLES, INDIVIDUALLY
AND WILLIAM M. LYLES, IV AS TRUSTEE
OF THE VALERA W. LYLES RESIDENCE TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERA W. LYLES, INDIVIDUALLY AND WILLIAM M. LYLES, IV AS TRUSTEE OF THE VALERA W. LYLES RESIDENCE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; SALLY REED, individually and in her capacity as Chief Administrator for the County of Monterey; SCOTT HENNESSY, individually and in his capacity of Director of Planning for the County of Monterey; ALANA KNASTER, individually and in her capacity as Chief Assistant to the Director of Planning for the County of Monterey; BRIAN WASHKO, individually and as Chief Building Official for the County of Monterey; MICHAEL RHOADES, individually and in his capacity as Planner for the County of Monterey; JEFF MAIN, individually and in his capacity as Planner for the County of Monterey; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C05 04042 JW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

---

- 1 -

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS         LYLES v. COUNTY OF MONTEREY, ET AL.

The parties agree to participate in the following ADR process: Early Neutral Evaluation (ENE) (ADR L.R. 5)

The parties agree to hold the ADR session by the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*.

Dated: March 28, 2006

LOZANO SMITH

By /s/ Gerald V. Barron
Gerald V. Barron
Attorneys for Plaintiffs

Dated: 3/28/06

COUNTY OF MONTEREY

By /s/ Patrick McGreal
Patrick McGreal
Attorneys for Defendants

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

- 2 -

LYLES v. COUNTY OF MONTEREY, ET AL.

1  [PROPOSED] ORDER

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral
3  Evaluation (ENE).
4  Deadline for ADR session is 90 days from the date of this order.

6  IT IS SO ORDERED.

8  Dated:   05/01/06

_____
UNITED STATES MAGISTRATE JUDGE
DISTRICT