United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Valera W. Lyles, et al., | NO. C 05-04042 JW |
|     Plaintiff, | **ORDER RESCHEDULING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| County of Monterey, et al., | |
|     Defendants. | |

Please take note that on the Court's own motion, the hearing on Defendants' Motion for Summary Judgment presently scheduled for June 19, 2006 is now specially set for **Friday, June 23, 2006 at 9 a.m.**

Dated: June 5, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald V Barron gbarron@lozanosmith.com
Irven Grant granti@co.monterey.ca.us
Patrick McGreal mcgrealp@co.monterey.ca.us

**Dated: June 5, 2006**     **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                    **Melissa Peralta**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California