Gerald V. Barron 53118
Daniella Payes 224726
**LOZANO SMITH**
4 Lower Ragsdale Drive, Suite 200
Monterey, CA 93940-5758
Telephone: (831) 646-1501
Facsimile: (831) 646-1801

Attorneys for Plaintiffs
VALERA W. LYLES, INDIVIDUALLY
AND WILLIAM M. LYLES, IV AS TRUSTEE
OF THE VALERA W. LYLES RESIDENCE TRUST

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERA W. LYLES, INDIVIDUALLY AND WILLIAM M. LYLES, IV AS TRUSTEE OF THE VALERA W. LYLES RESIDENCE TRUST,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY; SALLY REED, individually and in her capacity as Chief Administrator for the County of Monterey; SCOTT HENNESSY, individually and in his capacity of Director of Planning for the County of Monterey; ALANA KNASTER, individually and in her capacity as Chief Assistant to the Director of Planning for the County of Monterey; BRIAN WASHKO, individually and as Chief Building Official for the County of Monterey; MICHAEL RHOADES, individually and in his capacity as Planner for the County of Monterey; JEFF MAIN, individually and in his capacity as Planner for the County of Monterey; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV 05-04042 JW RS<br><br>STIPULATION AND ORDER AMENDING DATE FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br><br>Complaint Filed:   October 6, 2005<br>Trial Date:<br>Trial Judge:        Honorable J. Ware<br>Department: |

The parties are in receipt of this Court's Order Rescheduling Hearing on Plaintiff's Motion for Summary Judgment for Friday, June 23, 2006 at 9:00 a.m.; however, a few days previous to receiving that order, Defendants requested of Plaintiff that they receive thirty-five (35) days notice of the motion and Plaintiffs agreed to honor that request.

- 1 -

| STIPULATION AND ORDER | LYLES v. COUNTY OF MONTEREY, ET AL.<br>CASE NO. CV 05-04042 JW RS |
|---|---|

THEREFORE, WITH THE COURT'S APPROVAL, THE PARTIES STIPULATE that Plaintiffs will re-notice an amended motion for summary judgment setting the date of oral argument for Plaintiff's Motion for Summary Judgment to July 17, 2006 or a later date, selected by and convenient to the court.

Dated: June 9, 2006

LOZANO SMITH

_____
Gerald V. Barron
Attorneys for Plaintiffs`

Dated: June 9, 2006

OFFICE OF THE COUNTY COUNSEL
COUNTY OF MONTEREY

_____
Patrick McGreal
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: 06/15/06

_____
JUDGE OF THE SUPERIOR COURT

- 2 -

STIPULATION AND ORDER

LYLES v. COUNTY OF MONTEREY, ET AL.
CASE NO. CV 05-04042 JW RS