**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11   Lyles, et al.,                              NO. C 05-04042 JW

12            Plaintiffs,

13            v.                                 **ORDER CONTINUING HEARING ON
                                                 PLAINTIFFS' MOTION FOR
14   County of Monterey, et al.,                 SANCTIONS**

15            Defendants.
                                           /
16

17        The hearing on Plaintiffs' Motion for Sanctions (Docket Item No. 41) currently scheduled for

18   June 19, 2006 is continued to June 23, 2006 at 9:00 a.m.

19

20   Dated: June 15, 2006                        /s/ James Ware
     05eciv4042ctdhearing                        JAMES WARE
21                                               United States District Judge

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Gerald V Barron gbarron@lozanosmith.com
     Irven Grant granti@co.monterey.ca.us
3    Patrick McGreal mcgrealp@co.monterey.ca.us

4

5    **Dated: June 15, 2006**                    **Richard W. Wieking, Clerk**

6

7                                    **By:_/s/ JW Chambers_____**
                                        **Melissa Peralta**
8                                         **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28