|   |   |
|---|---|
| 1 | Gerald V. Barron 53118 |
|   | **LOZANO SMITH** |
| 2 | 4 Lower Ragsdale Drive, Suite 200 |
|   | Monterey, CA 93940-5758 |
| 3 | Telephone: (831) 646-1501 |
|   | Facsimile: (831) 646-1801 |
| 4 |   |
| 5 | Attorneys for Plaintiffs |
|   | VALERA W. LYLES, INDIVIDUALLY |
| 6 | AND WILLIAM M. LYLES, IV AS TRUSTEE |
|   | OF THE VALERA W. LYLES RESIDENCE TRUST |
| 7 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALERA W. LYLES, INDIVIDUALLY AND WILLIAM M. LYLES, IV AS TRUSTEE OF THE VALERA W. LYLES RESIDENCE TRUST, | ) ) ) ) ) | CASE NO. CV 05-04042 JW RS |
|---|---|---|
|   | ) | STIPULATION AND [PROPOSED] ORDER CHANGING TIME |
| Plaintiffs, | ) ) |   |
| v. | ) ) |   |
| COUNTY OF MONTEREY; SALLY REED, individually and in her capacity as Chief Administrator for the County of Monterey; SCOTT HENNESSY, individually and in his capacity of Director of Planning for the County of Monterey; ALANA KNASTER, individually and in her capacity as Chief Assistant to the Director of Planning for the County of Monterey; BRIAN WASHKO, individually and as Chief Building Official for the County of Monterey; MICHAEL RHOADES, individually and in his capacity as Planner for the County of Monterey; JEFF MAIN, individually and in his capacity as Planner for the County of Monterey; and DOES 1 through 100, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Complaint Filed: October 6, 2005<br>Trial Date:<br>Trial Judge: Honorable J. Ware<br>Department: |
| Defendants. | ) |   |

COME NOW the parties to this case to respectfully request, pursuant to this stipulation, an order changing the last date for hearing dispositive motions from the current date of October 16, 2006 to November 13, 2006 or such other extended date as the Court establishes for its convenience and calendar

- 1 -

STIPULATION AND ORDER CHANGING TIME     LYLES v. COUNTY OF MONTEREY, ET AL.
CASE NO. CV 05-04042 JW RS

and an order continuing the hearing on Defendants' Motion for Summary Judgment to such date. The parties, therefore, also stipulate that the Court may, as the Court deems appropriate, extend the date currently set for the Preliminary Pretrial Conference and Trial Setting Conference from its current date of December 4, 2006 to another date, such as December 18, 2006 or such other date as the Court deems appropriate.

The parties respectfully request such change of date/extension on the grounds set forth in the attached declarations.

IT IS SO STIPULATED.

Dated: September 21, 2006

LOZANO SMITH

*/s/ Gerald V. Barron*
Gerald V. Barron
Attorneys for Plaintiffs

Dated: September 21, 2006

CHARLES J. MCKEE
County Counsel

*/s/ Patrick McGreal*
Patrick McGreal
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. The last date for hearing dispositive motions is moved from October 16, 2006 to the date of [November 13, 2006] and the hearing on Defendants' Motion for Summary Judgment is continued to such date.

2. The current Preliminary Pretrial Conference and Trial Setting Conference date of December 4, 2006 [remains] or [is moved to Dec. 18th, 2006 at 10:00 AM

Dated: 9/22/06

*/s/ James Ware*
UNITED STATES MAGISTRATE JUDGE

- 2 -

STIPULATION AND ORDER CHANGING TIME

LYLES v. COUNTY OF MONTEREY, ET AL.
CASE NO. CV 05-04042 JW RS