United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Valera W. Lyles, et al., | NO. C 05-04042 JW |
|         Plaintiffs,<br>  v. | **ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION** |
| County of Monterey, et al., | |
|         Defendant. | |

The Court deems Defendants' Motion for Partial Summary Adjudication appropriate for submission on the paper. See Civ. L.R. 7-1(b). Accordingly, the hearing on November 13, 2006 is vacated.

The parties shall appear for a preliminary pretrial conference on **Monday, November 20, 2006, at 11 AM.**

Dated: November 9, 2006

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald V Barron barron@barronbuck.com
Irven Grant granti@co.monterey.ca.us
Patrick McGreal mcgrealp@co.monterey.ca.us

**Dated:  November 9, 2006**                                    **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**