United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Valera W. Lyles, et al., | NO. C 05-04042 JW |
| Plaintiffs,<br>v. | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| County of Monterey, et al., | |
| Defendant. | |

On the Court's own motion, the preliminary pretrial conference presently set for December 18, 2006 is continued to **January 22, 2007 at 11 AM.**

Dated: December 1, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald V Barron barron@barronbuck.com
Irven Grant granti@co.monterey.ca.us
Patrick McGreal mcgrealp@co.monterey.ca.us

**Dated:  December 1, 2006**                                          **Richard W. Wieking, Clerk**


                                                                      **By:   /s/ JW Chambers
                                                                              Elizabeth Garcia
                                                                              Courtroom Deputy**