IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Valera W. Lyles, et al., | No. C05-04042 JW |
| Plaintiffs, | **ORDER VACATING TRIAL; SETTING STATUS CONFERENCE** |
| v. | |
| County of Monterey, et al., | |
| Defendants. | |

On August 6, 2007, counsel for Defendants and Plaintiffs informed the Court that the parties have reached a settlement in the above entitled case. In light of counsel's representation regarding the settlement and the putative approval hearing date of August 28, 2007, the Court **VACATES** all pretrial and trial dates. The parties shall appear for a Status Conference on **September 17, 2007 at 10 AM.** The parties shall file a joint status statement by **September 7, 2007.**

Dated: August 6, 2007

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

3 Gerald V Barron barron@barronbuck.com
Irven Grant granti@co.monterey.ca.us
Patrick I. McGreal mcgrealp@co.monterey.ca.us

4

5

6 **Dated: August 6, 2007**  **Richard W. Wieking, Clerk**

7 **By:  /s/ JW Chambers**
             **Elizabeth Garcia**
8            **Courtroom Deputy**

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28