CHARLES J. McKEE  #152458
County Counsel
IRVEN L. GRANT  (#068950)
Deputy County Counsel
PATRICK McGREAL  #118555
Deputy County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, California  93901-2680
mcgrealp@co.monterey.ca.us
Telephone:  (831) 755-5045
Facsimile:    (831) 755-5283

Attorneys for Defendants
    County of Monterey, Sally Reed,
    Scott Hennessy, Alana Knaster,
    Brian Washko, Michael Rhoades and
    Jeff Main

*IT IS SO ORDERED*
*Judge James Ware*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VALERA W. LYLES, et al.,** | Case No. C 05-04042 JW |
| **Plaintiffs,** | **JOINT STATUS STATEMENT REGARDING SETTLEMENT** ; |
| v. | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| **COUNTY OF MONTEREY, et al.,** | |
| **Defendants.** | |

Pursuant to Order of the Court dated August 6, 2007, the parties to the above-entitled action jointly submit this status statement.

1. This matter was submitted to mediation on August 3, 2007. At the conclusion of mediation, all parties agreed to terms of settlement subject to approval by the Monterey County Board of Supervisors. The terms of settlement were placed on the record on August 3, 2007 and the Court was provided the transcript of the settlement statement on August 27, 2007.

2. The proposed terms of settlement reached on August 3, 2007 were approved by the Monterey County Board of Supervisors on August 28, 2007.

3. The parties, through their respective attorneys, are now jointly drafting formal settlement documents which will resolve all matters at issue herein.

DATED: September 7, 2007          CHARLES J. McKEE
                                  County Counsel


                                  _____/S/_____
                                  PATRICK McGREAL
                                  Deputy County Counsel
                                  Attorneys for Defendants


DATED: September 7, 2007          BARRON & BUCK, LLP



                                  _____/S/_____
                                  Gerald V. Barron
                                  Attorneys for Plaintiffs

**ORDER:** Pursuant to the parties' Joint Statement, the Court VACATES the Status Conference presently scheduled for September 17, 2007. On or before **October 29, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a). If a dismissal is not filed by the specified date, all parties shall appear before the Court on **November 5, 2007 at 9 AM** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. 41(b).

On or before **November 5, 2007,** the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: September 13, 2007          _____
                                   JAMES WARE
                                   United States District Judge

Lyles v. County of Monterey, et al.                     Court Case No.: C 05-04042 JW

2