Gerald V. Barron, State Bar #53118
Barron & Buck, LLP
SW Corner Lincoln and Seventh Streets, Suite 5
P.O. Box 5476
Carmel, CA 93921

Attorneys for Plaintiffs
VALERA W. LYLES, INDIVIDUALLY
AND WILLIAM M. LYLES IV AS TRUSTEE
OF THE VALERA W. LYLES RESIDENCE TRUST.

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERA W. LYLES, INDIVIDUALLY AND WILLIAM M. LYLES, IV AS TRUSTEE OF THE VALERA W. LYLES RESIDENCE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF MONTEREY, SALLY REED, SCOTT HENNESSEY, ALANA KNASTER, BRIAN WASHKO, JEFF MAIN, and MICHAEL RHOADES, ET AL.,<br><br>Defendants | Case No.: CV 05-04042 JW RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE (FRAP 42(a))**<br><br>Hearing Date: December 3, 2007<br>Time: 9:00 a.m.<br>Trial Judge: Honorable J. Ware<br>Department: 8 |

    Plaintiffs, Valera W. Lyles, individually, and William M. Lyles, IV, as Trustee of the Valera W. Lyles Residence Trust, and defendants, the County of Monterey, Sally Reed, Scott Hennessey, Alana Knaster, Brian Washko, Jeff Main, and Michael Rhoades jointly move the Court, pursuant to FRAP 42(a), for an Order dismissing with prejudice the above-entitled matter and with each side to bear their own costs.

STIPULATED DISMISSAL      1

Dated this 28th day of November, 2007

_____
Gerald V. Barron, 53118
Barron & Buck, LLP
Attorney for Plaintiffs,
Valera W. Lyles and William
M. Lyles, IV as Trustee of
the Valera W. Lyles
Residence Trust

Dated this 28th day of November, 2007

_____
Patrick McGreal
County Counsel
County of Monterey
Attorney for Defendants,
County of Monterey, Sally
Reed, Scott Hennessey, Alana
Knaster, Brian Washko, Jeff
Main, and Michael Rhoades

\*\*\*\*\*\*\*\*\*\*\*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Clerk shall close this file.

Dated: November 29, 2007

_____
JAMES WARE
United States District Judge

# PROOF OF SERVICE

## (C.C.P 1013a, 2015.5)

I, Pam Willoughby, declare that I am employed in the County of Monterey, California. I am over the age of eighteen years and not a party to this action. My Address is P.O. Box 5476, Carmel, CA 93921.

On November 28, 2007, I served the within:

**STIPULATED DISMISSAL**

[ ]   **(BY PERSONAL SERVICE)** I served a copy of said document(s) by hand delivery to the interested parties on the attached service list.

[X]   **(BY FACIMILE)** I served a copy of said document(s) via facsimile transmission to: a copy of the fax transmissions are attached.

[ ]   **(BY OVERNIGHT DELIVERY SERVICE)** I served a copy of said document(s) to be sent via overnight delivery service to the parties listed on the attached service list.

[X]   **(BY U.S. MAIL)** I served a copy of said document(s) to be placed in a United States mail depository, in a sealed envelope with postage fully prepaid, to the interested parties on the attached service list.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and this declaration was executed on November 28, 2007, at Carmel, California.

Pam Willoughby

**SERVICE LIST**

| | |
|---|---|
| 1 | |
| 2 | Patrick McGreal |
| 3 | Deputy County Counsel<br>Office of the County Counsel |
| 4 | County of Monterey<br>168 W. Alisal Street, 3rd Floor |
| 5 | Salinas, CA 93901-2680 |

STIPULATED DISMISSAL                                   4